# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## DISTRICT COURT

<u>TELEPHONIC STATUS CONFERENCE</u>:

| | |
|---|---|
| District Judge: B. Lynn Winmill | Date: December 9, 2019 |
| Deputy Clerk: Jamie Bracke | Location: Telephonic |
| ESR: Jamie Bracke | Time: 11:01 - 11:27 a.m. |
| | FTR Recorder: 5:22 - 5:48 |

## <u>UNITED STATES OF AMERICA  v. BABICHENKO, et al</u>
### CASE No. 1:18-cr-258-BLW

Counsel for the United States: Kate Horwitz and Christian Nafzger
Counsel for the Privilege Team: Sean Mazorol and Michael Mitchell
Counsel for Pavel Babichenko (1): John DeFranco
Counsel for Gennady Babitchenko (2): Jeffrey Brownson
Counsel for Piotr Babichenko (3): Paul Riggins
Counsel for Timofey Babichenko (4): Rob Lewis
Counsel for Kristina Babichenko (5): Greg Silvey
Counsel for Natalya Babichenko (6): JD Merris
Counsel for David Bibikov (7): Robyn Fyffe
Counsel for Anna Iyerusalimets (8): Dick Rubin and Melissa Winberg
Counsel for Mikhail Iyerusalimets (9): Ellen Smith
Counsel for Artur Pupko (10): Gabriel McCarthy
Coordinating Discovery Attorney: Russ Aoki

Telephonic Status Conference held on December 9, 2019. The following matters were discussed:

1) An update on the production of discovery documents;

2) Filter team progress and defense review team;

3) Government expert disclosure deadline; and

4) The status of appointment of counsel for Autur Pupko.

The next Telephonic Status Conference is scheduled for February 3, 2020 at 3:30 p.m. before Judge B. Lynn Winmill. The call in information is as follows: dial in number 1-877-336-1828, access code 4685496, and security code 9555.