USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:18-cr-00258-BLW |
| DEFENDANT | TYPE OF PROCESS |
| Piotr Babichenko | Subpoena Duces Tecum |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Amazon.com, Inc., Corporation Service Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Deschutes Way SW, Suite 304, Tumwater, WA 98501, Attn: Legal Department – Legal Process

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PAUL E RIGGINS
RIGGINS LAW, P.A.
380 S. 4TH ST., STE 104
BOISE ID 83702

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on USA | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

[STAMP: U.S. MARSHAL DISTRICT OF IDAHO DEC 12 2019 RECEIVED]

**U.S. COURTS**
**DEC 18 2019**
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Signature of Attorney other Originator requesting service on behalf of:
[X] DEFENDANT
TELEPHONE NUMBER: 208-344-4152
DATE: 12/12/2019

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 23 | No. 86 | [signature] | 12-12-19 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Cynthia Jones - Customer Service Ass. SOP

Date: 12-17-19    Time: 14:41 pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 37.12 | 8.00 | 175.12 | | |

**REMARKS**
12/17/19 @ 14:41 - 1 DUSM, 64 mi RT, 1.5 hrs

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

1:18-CR-00258-BLW

# PROOF OF SERVICE

| RECEIVED BY SERVER | DATE 12-16-19 | PLACE CLERK'S OFFICE, U.S. DISTRICT COURT, BOISE, IDAHO. |
|---|---|---|
| SERVED | DATE 12-17-19 | PLACE 300 deschutes way SW, Suite 301 Tumwater WA. |

| SERVED ON (PRINT NAME) Cynthia Jones Customer Service Ass. | FEES AND MILEAGE TENDERED TO WITNESS  ☐ YES   ☐ NO   Amount: $_____ |
|---|---|

| SERVED BY (PRINT NAME) BEATRICE PHARR | TITLE DUSM |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 12-17-19       [signature]
            Date              Signature of Server

1717 Pacific Ave Suite 1170
Address of Server
Tacoma, WA. 98402

**ADDITIONAL INFORMATION**

12-17-19 @ 14:41 - 1 DUSM, 64 mi RT, 1.5 hrs