PAUL E. RIGGINS, ISB#5303
RIGGINS LAW, P.A.
380 S. 4th ST., STE. 104
BOISE, IDAHO 83702
PHONE: 208-344-4152
EMAIL: rigginslaw@gmail.com

**ATTORNEY FOR DEFENDANT Piotr Babichenko**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR-18-0258-BLW |
| Plaintiff,  ) | |
| vs. ) | |
| PIOTR BABICHENKO, ) | MOTION FOR AUTHORIZATION TO TRAVEL OUTSIDE DISTRICT |
| Defendant.  ) | |

Defendant PIOTR BABICHENKO, through his attorney of record, Paul E. Riggins of Riggins Law, P.A., hereby moves this Court to allow him to travel outside the District of Idaho, and outside the travel terms contained in his detention order, as set forth below:

1. Piotr Babichenko's current detention release order only allows him to travel within Ada, Canyon and Valley counties.

2. Mr. Babichenko and his wife, Zoya have a child with "Noonan's Syndrome", a rare but serious condition that causes severe breathing and airway

MOTION FOR AUTHORIZATION TO TRAVVEL OUTSIDE DISTRICT - 1

issues.

3. Mr. and Mrs. Babichenko have sought medical care throughout their child's life due to this condition.

4. Because of the rarity and severity of the condition, they have been referred to national medical providers with more specific expertise treating this rare condition.

5. Recently, they were referred to and consulted with the Cleveland Clinic in Cleveland, Ohio.

6. The Cleveland Clinic will be working with the Babichenkos. They have a team approach, whereby several different medical departments examine and evaluate the child, and provide recommendations and advice, as well as specific treatment.

7. The Cleveland Clinic has scheduled these various evaluations, examinations (and a potential minor procedure) over the course of two days, March 3rd and 4th, 2021. Documentation from the Cleveland Clinic and a schedule of appointments are attached as **Exhibit A** hereto.

8. Mr. Babichenko is requesting permission to travel to Cleveland for these purposes. It is anticipated that they would fly out on March 2nd and return on March 5th.

9. Mr. Babichenko is intimately involved with all aspects of their daughter's treatment and care. It is crucial that he be present for these various examinations and evaluations so that he can continue to be involved with her care

and be informed as to her needs.

10.     Counsel has contacted Assistant United States Attorney Christian Nafzger regarding this request. The U.S. Attorney's Office has **no objection** to the request.

11.     Counsel has contacted Joel Osborne with the U.S. Probation Office, who is the assigned Pre-Trial Services officer, regarding this request.  Mr. Osborne previously indicated that Mr. Babichenko has done well in following his location monitoring schedule and has fully complied with his release conditions.  Mr. Osborne has **no objection** to this travel request.

Based on the foregoing, Mr. Babichenko respectfully requests that the Court grant his motion, and allow him to travel as set forth above.

DATED this 24th day of February, 2021.

/s/ Paul E. Riggins
PAUL E. RIGGINS
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a notice of this filing to all parties on the electronic mail notice list.

    Katherine Horwitz
    Christian Nafzger
    United States Attorney's Office
    1290 W. Myrtle Street, Ste. 500
    Boise ID  83702

I further certify that I sent a copy of this document, via email transmission, to the following email addresses, on this same date:

      joel_osborne@idp.uscourts.gov

                                      /s/ Paul E. Riggins
                                      Paul E. Riggins