| Voice and Swallowing | |
|---|---|
| John Carl, MD | Diane Kenny, MSN, PNP-BC |
| Brandon Hopkins, MD | Anne Banas. MSN, CPNP |
| Lisa Feinberg, MD | Colleen McNatt, CPNP |
| Douglas Henry, MD | Erin Murdock, MD |
| Amy Calhoun-Rosneck, SLP | Diana Schnee, MS, RD, LD |

To the family of Rachel Petrodna Babichenko:

It was a pleasure seeing Rachel at Cleveland Clinic Pediatric Center for Airway, Voice and Swallowing on 1/7/2021. Enclosed are the recommendations from each provider's visit. If your child is in need of a procedure under anesthesia, a surgical coordinator will be contacting you. We will make every effort possible to coordinate these procedures under a single anesthesia.

- Formal sleep endoscopy and airway evaluation with pediatric ENT, pediatric pulmonary, pediatric GI present. We can consider a right concurrent inferior turbinate reduction.

## Pediatric Pulmonary Recommendations:

- Discussed hypersal to see if this could help thin out secretions
- Discussed cough assist that it would help with bring up secretions and also help prevent further lung issues. Family would like to hold off on this at this time until after further interventions.
- Tentatively, plan with ENT for cardiac evaluation, sleep study, triple scope and possible surgery based on findings if family is agreeable

## Pediatric Gastroenterology Recommendations:

- Continue current feeds + sodium supplementation
- If coming to Cleveland for work up recommend the following:
    - Gastric emptying study
    - Upper GI

If you have any additional questions or concerns, please feel free to contact our offices. Again, thank you for entrusting the care of your child with us.

Sincerely,

PCAVS Team

Dr. John Carl, Dr. Brandon Hopkins, Dr. Lisa Feinberg, Amy Calhoun-Rosneck SLP, Diane Kenny CPNP, Anne Banas, CPNP, Colleen McNatt, CPNP, Erin Murdock, MD, Diana Schnee, MS, RD, LD

Hi,

I just received notification that all appointments and procedures were approved. The only appointment that was not approved was with the Cole Eye Institute. I will have our team reach out to your coordinator. Please let us know if you need help with transportation or lodging. We look forward to your arrival on 3/3/2021 and seeing you in PCAVS on 3/4/2021. Once all appointments made, you should be able to see all of them in MyChart. Please let me know if you have any questions or concerns.

Best,

Annie

----- Message -----
From:Rachel Petrovna Babichenko
Sent:2/11/2021 8:39 PM EST
To:Anne Banas, APRN.CNP
Subject:RE: Visit Follow Up Question

This message is being sent by Zoya Babichenko on behalf of Rachel Petrovna Babichenko.

11:09 

 

## FUTURE

| MAR 3 2021 | **Lab** <br> Starts at 1:15 PM EST |

| MAR 3 2021 | **Lab Main R1** <br> Starts at 1:45 PM EST |

| MAR 3 2021 | **Echo** <br> Arrive by 1:45 PM EST <br> Starts at 2:00 PM EST |

| MAR 3 2021 | **Office Vst** <br> Dr. K Zahka <br> Arrive by 2:45 PM EST <br> Starts at 3:00 PM EST |

| MAR 3 2021 | **EKG** <br> Arrive by 2:45 PM EST <br> Starts at 3:00 PM EST |

11:10 

 

**FUTURE**

| MAR 4 2021 | **OFFICE VISIT and 5 other appointments**<br>Arrive by 8:15 AM EST<br>Starts at 8:30 AM EST |

| MAR 4 2021 | **Office Vst**<br>Dr. V Shah<br>Arrive by 12:45 PM EST<br>Starts at 1:00 PM EST |

| MAR 4 2021 | **Procedure**<br>Arrive by 6:30 PM EST<br>Starts at 7:00 PM EST |