PAUL E. RIGGINS, I.S.B. #5303
RIGGINS LAW, P.A.
380 S. 4th Street, Suite 104
Boise, Idaho 83702
Phone:  (208) 344-4152
Email: rigginslaw@gmail.com

ANDREW S. MASSER, ISB #9544
BALDAUF MASSER, LLP
2399 Orchard Street, Ste. 204
Boise, Idaho 83705
Phone: 208-841-6131
Email: andrew@baldaufmasser.com


Attorneys For Defendant PIOTR BABICHENKO


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  CR18-258-BLW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAVEL BABICHENKO, | ) | |
| GENNADY BABITCHENKO, | ) | |
| PIOTR BABICHENKO, | ) | |
| TIMOFEY BABICHENKO, | ) | |
| KRISTINA BABICHENKO, | ) | |
| NATALYA BABICHENKO, | ) | |
| DAVID BIBIKOV, | ) | DEFENDANT PIOTR BABICHENKO's |
| ANNA IYERUSALIMETS, | ) | EMERGENCY |
| MIKHAIL IYERUSALIMETS, | ) | MOTION TO CONTINUE FOR |
| ARTUR PUPKO, | ) | FAMILY HARDSHIP |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Piotr Babichenko, through his counsel, moves for a continuance of the jury trial in this matter for no less than ninety (90) days, on the grounds set forth below and in the supporting Declaration filed herewith.

As described in the Sealed Declaration in Support of Defendant Piotr Babichenko's Emergency Motion to Continue for Family Hardship, the Babichenko family has suffered a tragic loss of a child. This child is a direct relative of all defendants currently set to proceed to trial on June 8, 2021. Piotr will need time to mourn and support his wife and children as they all grieve this terrible loss. The same is true for all other defendants, who must also mourn this loss with their spouses and families. Based upon the close familial relationships between the co-defendants, all defendants have indicated they support Piotr Babichenko's motion for a ninety (90) day continuance of the trial so that the family may process the loss of a child prior to mounting a defense of their liberty.

Defense counsel does not believe that Piotr can adequately assist in his defense should he proceed to trial on June 8, 2021. The loss of a child has an overwhelming impact on a parent. Counsel has elaborated on this point in his Sealed Declaration filed in support of this motion. Piotr must be allowed to grieve and cannot be expected to focus on, in the aftermath of his child's passing, the voluminous presentation of evidence during the trial as currently set and the tremendous amount of preparation necessary for that trial. Without Piotr's complete and unfettered focus on the evidence presented at trial, defense counsel cannot zealously and vigorously defend his rights and interests. Similarly, counsel cannot engage their client in the many

DEFENDANT PIOTR BABICHENKO's EMERGENCY
MOTION TO CONTINUE FOR FAMILY HARDSHIP  - 2

intensive tasks necessary to continue preparing for trial between now and June 8, 2021. Piotr cannot adequately assist in this preparation while suffering the emotional effects of this tragedy and defense counsel cannot expect otherwise.

Defense counsel recognizes that this case has been pending for two and a half years and has been the subject of several continuances resulting from complex case designation (Dkt. 134, 157), personal circumstances of counsel (Dkt. 363, 471) and the COVID-19 pandemic (Dkt. 697, 702, 716). Both the Defendants and the Government have variously objected to these continuances, all of which were ultimately granted. Regardless, this unexpected tragedy necessitates an additional continuance given its tremendous impact on all the defendants, particularly Piotr, and their ability to assist in their defense.

As indicated above, all defendants support Piotr Babichenko's motion and agree that the requested length is appropriate under these tragic circumstances. The Government has indicated that it would not object to a continuance of one month but would object to continuance of any greater length.

Defense counsel asserts that a one-month continuance is simply not long enough to allow Piotr, and all the Defendants, to mourn and grieve together, lay their child to rest, begin the long and painful process of addressing their emotional trauma, and returning their focus to this complex case.

Defense counsel and Mr. Babichenko stand on their motion, supported by all defendants, to continue trial in this matter for all defendants for no less than ninety (90) days. Defense counsel proposes this motion be addressed at the currently-set, in-

**DEFENDANT PIOTR BABICHENKO's EMERGENCY
MOTION TO CONTINUE FOR FAMILY HARDSHIP  - 3**

person pre-trial conference scheduled for May 21, 2021 at 9:30 am.


RESPECTFULLY SUBMITTED this 16th day of May, 2021.


/s/ Paul E. Riggins
PAUL E. RIGGINS

/s/ Andrew S. Masser
ANDREW S. MASSER

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 16th day of May, 2021, I filed the foregoing document utilizing the Court's electronic CM/ECF system, which caused a Notice of Electronic Filing to be served on the following:

| | |
|---|---|
| Melissa D. Winberg<br>Nicole Owens<br>Federal Defender Services of Idaho<br>702 West Idaho Street, Suite 1000<br>Boise, ID  83702<br>Melissa_winberg@fd.org<br>Nicole_Owens@fd.org | Rob S. Lewis<br>913 River Street, Ste. 430<br>Boise, ID  83702<br>office@roblewislaw.com |
| Katherine L. Horwitz<br>Christian S. Nafzger<br>Office of the United States Attorney<br>1290 W. Myrtle Street, Ste. 500<br>Boise, ID  83702<br>khorwitz@usa.doj.gov<br>cnafzger@usa.doj.gov | Greg S. Silvey<br>Silvey Law Office, Ltd.<br>PO Box 5501<br>Boise, ID  83705<br>greg@idahoappeals.com |
| | J.D. Merris<br>671 E. Riverpark Lane, Ste. 210<br>Boise, ID  83706<br>jmerris@earthlink.net |
| Timothy C. Flowers<br>US Department of Justice<br>1301 New York Avenue NW, Ste. 600<br>Washington, DC 20530<br>Timothy.Flowers2@usdoj.gov | Robyn A. Fyffe<br>Fyffe Law LLC<br>PO Box 5681<br>Boise, ID  83705<br>robyn@fyffelaw.com |
| John C. DeFranco<br>Ellsworth, Kallas & DeFranco, PLLC<br>1031 E. Park Blvd.<br>Boise, ID  83712<br>jcd@greyhawklaw.com | Ellen N. Horras-Smith<br>5561 N. Glenwood St.<br>Boise, ID  83714<br>Ellen@smithhorras.com |
| Jeffrey E. Brownson<br>Law Offices of Jeffrey Brownson<br>223 N. 6th Street, Ste. 215<br>Boise ID  83702<br>jb@jeffreybrownsonlaw.com | Thomas Dominick<br>Dominick Law Offices<br>500 W. Bannock Street<br>Boise, ID 83702<br>tom@dominicklawoffices.com |

/s/ Paul E. Riggins
PAUL E. RIGGINS