UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER BABICHENKO,<br><br>Defendant. | Case No. 1:18-cr-00258-BLW<br><br>**VERDICT** |

We, the jury in the above action, unanimously find as follows:

**Question 1**: As to **Count 1** of the Indictment, charging the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1349 and 1343, the defendant is:

_____          _____
   Not Guilty                    Guilty

**Question 2**: As to **Count 10** of the Indictment, charging the defendant with use of interstate wire communications to advertise, sell, and cause the purchase of a counterfeit Samsung phone listed as "new" on Amazon.com on or about December 12, 2017, in violation of 18 U.S.C. § 1343, the defendant is:

___X_____          _____
   Not Guilty                    Guilty

VERDICT – PETER BABICHENKO - 1

**Question 3**: As to **Count 19** of the Indictment, charging the defendant with use of the United States Postal Service to send and deliver a counterfeit Samsung phone on or about December 12, 2017, in violation of 18 U.S.C. § 1341, the defendant is:

    __X__                          _____
    Not Guilty                      Guilty

**Question 4**: As to **Count 20** of the Indictment, charging the defendant with conspiracy to traffic in counterfeit goods, labels, or packaging, in violation of 18 U.S.C. § 2320, the defendant is:

    _____                          _____
    Not Guilty                      Guilty

*If you found the defendant guilty of Count 20, proceed to answer question 5. If you found the defendant not guilty, skip question 5, and proceed to question 6.*

**Question 5:** In finding defendant guilty of Count 20, indicate which items you determined defendant conspired to traffic, with all of you agreeing as to those items:

    _____ Counterfeit Goods
    _____ Counterfeit Labels
    _____ Counterfeit Packaging

**VERDICT – PETER BABICHENKO - 2**

**Question 6**: As to **Count 27** of the Indictment, charging the defendant with trafficking in counterfeit goods – specifically, a Samsung Galaxy S4 phone – on or about December 12, 2017, in violation of 18 U.S.C. § 2320, the defendant is:

__X__  
Not Guilty

_____  
Guilty

_9/2/21_  
DATE

_____  
FOREPERSON

VERDICT – PETER BABICHENKO - 3