RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
JUSTIN WHATCOTT, IDAHO STATE BAR NO. 6444
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br><br>            Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT PIOTR BABICHENKO'S MOTION TO EXCLUDE (ECF 1446)** |

During its case in chief at retrial, the Government will not call Autumn McMurdie. Ms. McMurdie was included on the Government's witness list as a prophylactic measure: Her testimony would only become relevant if Defendant Piotr Babichenko testified in his defense.

Depending upon the nature of his testimony, the Government may call Ms. McMurdie during its rebuttal case. Until those conditions have been satisfied, however, the Government agrees that her testimony is irrelevant. Accordingly, as it pertains to the Government's case in chief, the present motion is moot. *See* ECF 1446 *passim* (discussing the relevance, or lack thereof, of Ms. McMurdie's testimony to the charges). Should Defendant Piotr Babichenko testify in his defense, however, the Government may seek leave of this Court to address the relevancy of Ms. McMurdie's testimony. Until then, any relevancy would be wholly speculative, rendering a ruling by this Court advisory.

Respectfully submitted this 10th day of May.

        RAFAEL M. GONZALEZ, JR.
        UNITED STATES ATTORNEY
        By:

        */s/ Katherine L. Horwitz*
        KATHERINE L. HORWITZ
        Assistant United States Attorney

        */s/ Christian Nafzger*
        CHRISTIAN NAFZGER
        Assistant United States Attorney

        */s/ Justin Whatcott*
        JUSTIN WHATCOTT
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2022, the foregoing Response to Motion in Limine was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF filing:

> JOHN DEFRANCO
> 1031 E. Park Blvd.
> Boise, ID 83712
> jcd@greyhawklaw.com
> *Attorney for Pavel Babichenko*

> PAUL E. RIGGINS
> 380 South 4th Street, Ste. 104
> Boise, ID 83702
> rigginslaw@gmail.com
> *Attorney for Piotr Babichenko*

> ROB S. LEWIS
> 913 W. River Street, Ste. 430
> Boise, ID 83702
> office@roblewislaw.com
> *Attorney for Timofey Babichenko*

> GREG S. SILVEY
> P.O. Box 5501
> Boise, ID 83705
> greg@idahoappeals.com
> *Attorney for Kristina Babichenko*

> ROBYN A. FYFFE
> P.O. Box 5681
> Boise, ID 83705
> robyn@fyffelaw.com
> *Attorney for David Bibikov*

GOVERNMENT'S RESPONSE TO MOTION TO EXCLUDE TESTIMONY—3

MELISSA WINBERG
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
Melissa_Winberg@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

                                                            /s/ *Katherine Horwitz*
                                                            Assistant United States Attorney

GOVERNMENT'S RESPONSE TO MOTION TO EXCLUDE TESTIMONY—4