JOSHUA D. HURWIT  
UNITED STATES ATTORNEY  
WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709  
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110  
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286  
JUSTIN WHATCOTT, IDAHO STATE BAR NO. 6444  
ASSISTANT UNITED STATES ATTORNEYS  
1290 W. MYRTLE STREET, SUITE 500  
BOISE, IDAHO 83702  
TELEPHONE: (208) 334-1211  
FACSIMILE: (208) 334-1413  

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE A REPLY IN SUPPORT OF UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE ASSETS RE BRAZIL PROPERTIES** |

The United States of America moves the Court for seven additional days to file its reply in support of the *United States's Motion for Preliminary Order of Forfeiture of Substitute Assets re Brazil Properties* (ECF No. 1887) ("Motion"). Defendants filed the *Defendants' Response to Government's Motion for Preliminary Order of Forfeiture of Substitute Assets – Brazil Properties* at ECF No. 1900 ("Response") on Thursday, October 19, 2023, at 6:30pm MDT. The Government seeks a deadline of November 2, 2023, to file a reply for the following reasons.

The undersigned AUSA is the primary AUSA handling the Motion.  He was traveling and on leave status most of Friday, October 20, 2023, and out of town with family and on leave status through Tuesday, October 24, 2023.  Therefore, the undersigned returned to work yesterday, Wednesday, October 25, 2023.  As such, there has not been sufficient time to prepare a reply to support the Motion.

In addition, pursuant to the U.S. District Court for the District of Idaho General Order No. 423 at paragraph 4, in criminal cases, the general rule is that replies are to be filed within seven days of a response; however, pursuant to District of Idaho Local Civil Rule 7.1(b)(3), which is incorporated into criminal cases by District of Idaho Local Criminal Rule 1.1(f), replies may be filed within fourteen days of the filing of a response.  As such, an additional seven days, for a total of fourteen days from the filing of the Response, is consistent with District of Idaho Local Civil Rule 7.1(b)(3).

The undersigned reached out to Defendants' counsel that signed the Response, and they do not object to this motion.

Respectfully submitted this 26th day of October, 2023.

        JOSHUA D. HURWIT
        UNITED STATES ATTORNEY
        By:

        */s/ William M. Humphries*
        WILLIAM M. HUMPHRIES
        Assistant United States Attorney

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE A REPLY IN SUPPORT OF UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE ASSETS RE BRAZIL PROPERTIES - 2**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2023, the foregoing UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE A REPLY IN SUPPORT OF UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE ASSETS RE BRAZIL PROPERTIES was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by the CM/ECF system:

> JOHN DEFRANCO
> 1031 E. Park Blvd.
> Boise, ID 83712
> jcd@greyhawklaw.com
> *Attorney for Pavel Babichenko*
>
> PAUL E. RIGGINS
> 380 South 4th Street, Ste. 104
> Boise, ID 83702
> rigginslaw@gmail.com
> *Attorney for Piotr Babichenko*
>
> ROBYN A. FYFFE
> P.O. Box 5681
> Boise, ID 83705
> robyn@fyffelaw.com
> *Attorney for David Bibikov*
>
> ELLEN NICHOLE SMITH
> P.O. Box 140857
> Garden City, ID 83714
> ellen@smithhorras.com
> *Attorney for Mikhail Iyerusalimets*
>
> ROB S. LEWIS
> 913 W. River Street, Ste. 430
> Boise, ID 83702
> office@roblewislaw.com
> *Attorney for Timofey Babichenko*

                     /s/ *Christina Willoughby*
                     Paralegal